No. 72.  CROWN CORK & SEAL CO. *v.* FERDINAND GUTMANN CO.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second

Circuit granted. *Messrs. John J. Darby* and *Thomas G. Haight* for petitioner. *Mr. William E. Warland* for respondent.